HIRAM MOUNT, Appellant, *v.* ROBERT H. HAMBLEY et al., Respondents.

*Mount* v. *Hambley,* 33 App. Div. 103, affirmed.
(Argued October 24, 1900; decided November 13, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered August 8, 1898, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term.

*Wayland F. Ford* for appellant.

*Elon R. Brown* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

JULIUS LICHTENSTEIN et al., Respondents, *v.* ROBERT M. JARVIS et al., Appellants.

*Lichtenstein* v. *Jarvis,* 31 App. Div. 33, affirmed.
(Argued October 25, 1900; decided November 13, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 11, 1898, affirming a judgment in favor of plaintiffs entered upon a verdict, and an order denying a motion for a new trial.

*W. J. Townsend* for appellants.

*Abram Kling* for respondents.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.